IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| THOMAS M. CHRISTENSEN and GISELLA A. CHRISTENSEN, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 130398D |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On December 3, 2013, the court sent Plaintiffs an Order instructing Plaintiffs to file a signed stipulation, request to withdraw, or three mutually convenient trial dates within 14 days from the date of the Order. The court's Order advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs' appeal. (Order at 1.) The court's Order was filed after Plaintiffs failed to submit a written status report by November 25, 2013.

Plaintiffs' deadline has passed and the court has not received Plaintiffs' signed stipulation, request to withdraw, or three mutually convenient trial dates or any further communication from Plaintiffs. In addition to failing to respond to the court's Order, Plaintiffs' representative failed to file a written status report by November 25, 2013, and failed to appear for two case management conferences. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 130398D                                                                 1

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of December 2013.

_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on December 20, 2013.  The court filed and entered this document on December 20, 2013.*